PAUL T. TRIMMER, ESQ.
Nevada State Bar No. 9291
CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
          chad.butterfield@jacksonlewis.com

*Attorney for Defendant*
*JC Hospitality LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DELORIE | Case No. 2:26-cv-01447-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE** |
| JC HOSPITALITY LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff James Delorie, ("Plaintiff"), by and through his counsel, Kemp & Kemp, and Defendant, JC Hospitality LLC ("Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have a one-week extension, up to and including May 26, 2026, in which to respond to Plaintiff's complaint.

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as counsel for Defendant was only recently retained and requires additional time to investigate the issues raised in Plaintiff's complaint and to confer with Defendant as to same.

///

///

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 18th day of May, 2026.

KEMP & KEMP

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
7435 w. Azure Dr., Suite 110
Las Vegas, NV 89130

Attorneys for Plaintiff
James Delorie

JACKSON LEWIS P.C.

/s/ Chad C. Butterfield
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

Attorneys for Defendant
JC Hospitality LLC

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2026